# PERKINSCOIe

1155 Avenue of the Americas  
22nd Floor  
New York, NY 10036-2711

T +1.212.262.6900  
F +1.212.977.1649  
PerkinsCoie.com

March 24, 2023

James G. Snell  
JSnell@perkinscoie.com  
D. +1.650.838.4367  
F. +1.650.838.4567

Honorable Jesse Furman  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square, Courtroom 1105  
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

March 27, 2023

**Re:** *Carrodine v. FlatIron Media LLC*, No. 1:22-cv-09660-JMF

Dear Judge Furman:

We represent Defendant Flatiron Media, LLC in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule 2(E) to respectfully request an extension of time until April 27, 2023 to answer or otherwise respond to the Complaint. Counsel for Plaintiff Jason Carrodine consents to this request for an extension of time.

The current deadline to respond to the Complaint is March 27, 2023. The parties have conferred and agree that additional time is needed to evaluate the case and discuss a potential resolution. There have been no prior requests for an extension of time with regard to responding to the Complaint. The parties are next scheduled to appear before the Court on May 3, 2023 for our Initial Pretrial Conference. There are currently no other existing deadlines.

Respectfully yours,

*/s/ James G. Snell*  
James G. Snell

Cc: All Counsel of Record (Via ECF)

Perkins Coie LLP