**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

April 25, 2023

James G. Snell
JSnell@perkinscoie.com
D. +1.650.838.4367
F. +1.650.838.4567

Honorable Jesse Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Re:     *Carrodine v. FlatIron Media LLC*, No. 1:22-cv-09660-JMF

Dear Judge Furman:

We represent Defendant Flatiron Media, LLC ("Flatiron Media") in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule 2(E) to respectfully request that the Court adjourn our Rule 16 conference, which is currently scheduled for May 3, 2023, until June 6, 2023. Counsel for Plaintiff Jason Carrodine consents to this adjournment request.

The parties have conferred and agree that if the Court were to grant the parties' request (*see* Dkt No. 28) to extend the current April 27, 2023 deadline by which Flatiron Media has to respond to Carrodine's complaint until 30 days after Carrodine files his amended complaint, it would be appropriate to postpone the Rule 16 conference until after Flatiron Media has had the opportunity to respond to Carrodine's forthcoming amended complaint. The parties also note that the adjournment would give the parties additional time to evaluate the case and discuss a potential resolution.

The parties previously requested that the Rule 16 conference be adjourned from March 1, 2023 until May 3, 2023. The Court granted the parties' request. The parties are next scheduled to appear before the Court on May 3, 2023. There are currently no other existing deadlines besides Flatiron Media's April 27, 2023 deadline to respond to Carrodine's complaint, which the parties seek to extend 30 days after Plaintiff files his amended complaint.

Respectfully,

/s/ James G. Snell
James G. Snell

cc: All Counsel of Record (Via ECF)

Perkins Coie LLP

Application GRANTED. The initial pretrial conference is hereby ADJOURNED to **June 7, 2023**, at **9:00 a.m.** The Clerk of Court is directed to terminate ECF No. 29. SO ORDERED.

April 25, 2023