PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

June 2, 2023

James G. Snell
JSnell@perkinscoie.com
D. +1.650.838.4367
F. +1.650.838.4567

Honorable Jesse Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Re:   *Carrodine v. FlatIron Media LLC*, No. 1:22-cv-09660-JMF

Dear Judge Furman:

We represent Defendant Flatiron Media, LLC ("Flatiron Media") in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule 2(E) to respectfully request that the Court adjourn our Rule 16 conference, which is currently scheduled for June 7, 2023, until June 21, 2023. Counsel for Plaintiffs Jason Carrodine, Eli Reisman, and Kimberly Hudson and Defendant HasE.com LLC consent to this adjournment request.

The parties have conferred and agree that an adjournment is necessary. HasE.com LLC has now been served and its counsel anticipates entering their appearances soon. By postponing the Rule 16 conference by two weeks, it would give HasE.com LLC the opportunity to get more acclimated with this case. The parties also note that the adjournment would give the parties additional time to evaluate the case and discuss a potential resolution.

The parties previously requested that the Rule 16 conference be adjourned from March 1, 2023 until May 3, 2023. The Court granted the parties' request. The parties also requested that the Rule 16 conference be adjourned from May 3, 2023 until June 6, 2023. The Court granted that request as well. The parties are next scheduled to appear before the Court on June 7, 2023. There are currently no other existing deadlines.

Respectfully,

*/s/ James G. Snell*
James G. Snell

cc: All Counsel of Record (Via ECF)

Perkins Coie LLP