

**Manteau Downes LLP**

Manteau Downes LLP
405 Lexington Avenue
26th Floor
New York, NY  10174

———————————————

T 347.366.1675
———————————————

manteaudownes.com

**Marie-Sophie Revault**
(347) 366.11675
pdownes@manteaudownes.com

June 2, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 1007

*Jason Carrodine v. Flatiron Media, LLC & Hase.com LLC, 1:22-cv-0966-JMF*

Dear Judge Furman:

      Manteau Downes LLP, counsel for Defendant Hase.com LLC ("**Defendant**"), respectfully submits this letter pursuant to Rule I.E. of the Court's Individual Rules and Practices in Civil Cases, to request that the deadline for Defendant to answer to the complaint filed by Plaintiff Jason Carrodine ("**Plaintiff**") on May 12, 2023, be extended by fourteen (14) days to June 16, 2023. Defendant first submitted such request to Plaintiff who agreed to the extension. This is Defendant's first request for an extension of time.

Respectfully submitted,

/s/ Marie-Sophie
——————————————

Marie-Sophie Revault
Associate