UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JASON CARRODINE et al., *individually and on behalf* :
*of all others similarly situated*, :
: 22-CV-9660 (JMF)
                      Plaintiffs, :
: <u>ORDER</u>
   -v- :
:
FLATIRON MEDIA, LLC et al., :
:
                      Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated May 30, 2023, ECF No. 38, the parties were required to file their proposed case management plan and joint letter, the contents of which are described therein, by June 1, 2023. To date, the parties have yet to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 5, 2023 at noon**.

      SO ORDERED.

Dated: June 2, 2023
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge