UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON CARRODINE, ELI REISMAN, and KIMBERLY HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLATIRON MEDIA, LLC and HASE.COM LLC f/k/a UNLIMITED TRAFFIC LLC d/b/a "Has Traffic",<br><br>Defendants. | Case No. 1:22-cv-09660-JMF<br><br>**FLATIRON MEDIA, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the First Amended Complaint by Defendant Flatiron Media, LLC ("Flatiron"), dated June 2, 2023, and all pleadings, submissions and proceedings herein, Flatiron hereby moves this Court before the Honorable Jesse M. Furman, United States District Judge, at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for the entry of an order dismissing Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

- 2 -

Dated: New York, New York.
      June 2, 2023

Respectfully submitted,

PERKINS COIE LLP

By: */s/ Dennis C. Hopkins*
    Dennis C. Hopkins
    LaMarte Williams, Jr.
    1155 Avenue of the Americas, 22nd Floor
    New York, New York 10036-2711
    Telephone: 212.262.6900
    Fax: 212.977.1649
    Email: DHopkins@perkinscoie.com
    Email: LaMarteWilliams@perkinscoie.com

    James G. Snell, admitted pro hac vice
    3150 Porter Drive
    Palo Alto, California 94304-1212
    Telephone: 650.838.4300
    Fax: 650.838.4350
    JSnell@perkinscoie.com

    *Attorneys for Defendant FLATIRON MEDIA, LLC*