UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JASON CARRODINE et al., *individually and on behalf* :
*of all others similarly situated*, :
: 22-CV-9660 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
FLATIRON MEDIA, LLC et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 2, 2023, Defendant FlatIron Media, LLC filed a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Defendant HasE.com, LLC has until June 16, 2023, to file any motion to dismiss. *See* ECF No. 45. For convenience, Plaintiff shall wait to see if HasE.com files a motion to dismiss and file any amended complaint by **June 30, 2023**. Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion(s) to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, each Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on its previously filed motion to dismiss. If any Defendant files an answer or a new motion to dismiss, the Court will deny its previously filed motion to dismiss as moot. If any Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, Plaintiff shall file a consolidated opposition to all motions to dismiss within fourteen days, and each Defendant's reply, if any, shall be filed within seven days of the consolidated opposition. If no amended complaint is filed, Plaintiff shall file a consolidated opposition to all motions to dismiss by **June 30, 2023**. Defendants' replies, if any, shall be filed by **July 7, 2023**.

      Finally, it is further ORDERED that the initial pretrial conference previously scheduled for June 28, 2023, is adjourned *sine die*.

      SO ORDERED.

Dated: June 5, 2023
      New York, New York
                                                           JESSE M. FURMAN
                                                         United States District Judge