

July 3, 2023

LaMarte Williams
LaMarteWilliams@perkinscoie.com
D. +1.332.223.3965
F. +1.212.977.1649

Honorable Jesse Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Re:   *Carrodine v. FlatIron Media LLC*, No. 1:22-cv-09660-JMF

Dear Judge Furman:

We represent Defendant Flatiron Media, LLC ("Flatiron") in the above-captioned matter. We write pursuant to Local Rules 7.1(d) and 5.2(b) and Your Honor's Individual Rule 2(E) to respectfully request that the Court grant Flatiron an extension of time with regard to its reply brief in response to Plaintiffs Jason Carrodine, Eli Reisman, and Kimberly Hudson's (collectively, "Plaintiffs") Opposition (Dkt. 53) to Flatiron's Motion to Dismiss (Dkt. 46) and Memorandum in Support (Dkt. 47). The current deadline for Flatiron to file its reply brief is July 7, 2023 (Dkt. 48). Flatiron asks that the Court extend that deadline to July 14, 2023.

This is Flatiron's first request for an extension of time with regard to its reply brief. Considering that there is a holiday this week, and the fact that Plaintiffs filed their Opposition on June 30, 2023, Flatiron respectfully asks the Court for a modest one-week extension.

Plaintiffs have consented to Flatiron's extension of time request. The parties are currently not scheduled to appear before the Court and there are no other existing deadlines.

We appreciate the Court's consideration of this matter.

Sincerely,

*/s/ LaMarte Williams, Jr.*
LaMarte Williams, Jr.