# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JASON CARRODINE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-09660-JMF |
| FLATIRON MEDIA, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HASE.COM LLC .

Date: 07/06/2023

*Attorney's signature*

Patrick Downes (Admitted Pro Hac Vice)
*Printed name and bar number*
MANTEAU DOWNES LLP
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067

*Address*

pdownes@manteaudownes.com
*E-mail address*

(310) 497-1780
*Telephone number*

(310) 461-1304
*FAX number*