UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JASON CARRODINE, ET AL.,

        Plaintiff

v.

FLATIRON MEDIA,

        Defendant.
_____

**NOTICE OF APPEARANCE**

1:22-CV-09660-JMF

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Defendant Flatiron Media.

I certify that I am admitted to practice in this Court.

Dated: April 12, 2024
      Buffalo, New York

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____

Jeffrey A. Carlino, Esq.
*Attorneys for Defendant*
*Flatiron Media*
233 Franklin Street
Buffalo, New York 14202
JACarlino@kslnlaw.com