UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON CARRODINE, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>FLATIRON MEDIA LLC, et al.,<br><br>      Defendant. | Case No. 1:22-cv-09660 (JMF)<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

Please take notice that the undersigned hereby appears as counsel of record for Unlimited Traffic Limited, Sea Ranch International Limited, and Sea Ranch International PTE. Ltd.

The undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: May 28, 2024

New York, New York

Respectfully submitted,

NEWMAN LLP

/s/ Derek A. Newman
Derek A. Newman, SBN. 5897079
11 Broadway, Suite 615
New York, NY 10004
Phone:                    (212) 377-0870
Facsimile:                (212) 377-0871
Email:           *dn@newmanlaw.com*

Counsel for Defendants
Unlimited Traffic Limited, Sea Ranch International Limited, and Sea Ranch International PTE. Ltd.