# KIMMEL & SILVERMAN
P.C.

ROBERT M. SILVERMAN +-*
CRAIG THOR KIMMEL +-^

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
= *Member, MO Bar*
# *Member, MD Bar*
• *Member, OH Bar*
▫ *Member, NH Bar*
± *Member, CT Bar*
« *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
₵ *Member, CA Bar*
° *Member, WI Bar*
§ *Member, FL Bar*
ª *Member, AZ Bar*
» *Member, TX Bar*
‡ *Member, MI Bar*
£ *Member, WV Bar*
& *Member, IL Bar*
> *Member, IN Bar*

JACQUELINE C. HERRITT +*##¥-○^•
ROBERT A. RAPKIN +
ANGELA K. TROCCOLI ^▫±
JASON L. GRESHES +*-‡
CHAD P. DOMAN +₵£
JACOB U. GINSBURG +*§
BLAKE K. WALSH «&>₵
JENNIFER MENSINGER *
TIFFANY POOLE *
JOHANNY GRULLON *
YOLANNA R.M. CARTER »
JORDAN C. KINGSTON *±
ALICIA MARIE DAVIS +
LENNY BUSH, Of Counsel ₵

1-800-NOT-FAIR
www.creditlaw.com

CORPORATE HEADQUARTERS
30 E. Butler Avenue
Ambler, PA 19002
P (215) 540-8888
F (215) 540-8817

**WESTERN PA OFFICE**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219 | P (412) 566-1001, F (215) 540-8817
**NEW JERSEY OFFICE**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003 | P (856) 429-8334, F (215) 540-8817
**DELAWARE OFFICE**, 2710 Centerville Road, Suite 101, Wilmington, DE 19808 | P (800) 536-6652, F (302) 428-0265
**NEW YORK OFFICE**, Two Park Avenue, 20th floor, New York, NY 10016 | P (212) 719-7543, F (877) 617-2515
**BUFFALO, NY OFFICE**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209 | P (716) 332-6112, F (800) 863-1689
**OHIO OFFICE**, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431 | P (937) 306-7220, F (215) 540-8817
**SAN FRANCISCO, CA OFFICE**, 1160 Battery Street East, Suite 100, #1099 San Francisco, CA 94111 | P (415) 947-7827, F (215) 540-8817
**SAN DIEGO, CA OFFICE**, 600 West Broadway Suite 700, PMB #344, San Diego, CA 92101 | P (619) 785-3003, F (215) 540-8817
**LOS ANGELES, CA OFFICE**, 611 Wilshire Boulevard, Suite 900 #241, Los Angeles, CA 90017| P (213) 340-7770, F (215) 540-8817

**PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE**

October 16, 2024

**Submitted via ECF**
Honorable Jesse Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

    Re:    *Carrodine et al. v. Flatiron Media LLC et al.*, No. 1:22-cv-09660-JMF

Dear Judge Furman:

Counsel for Plaintiffs, Jason Carrodine, Kimberly Hudson, and Eli Reisman (collectively "Plaintiffs") writes the Court to make an unopposed motion to further extend the deadline for Plaintiffs to file an amended complaint based on HasTraffic's forthcoming document production and written discovery responses.

As set forth in correspondence dated Oct. 1, 2024, Plaintiffs issued written discovery requests to the HasTraffic Defendants on September 13, 2024. Due to the scope of documents and information sought, HasTraffic has requested a two-week extension to complete its document production and to respond to written discovery requests, which would render their response deadline October 28, 2024. Plaintiffs agreed to the extension subject to HasTraffic agreeing to an extension for Plaintiffs to file an amended complaint from October 21, 2024 until **November 4, 2024**. HasTraffic has agreed to that proposal. I have also confirmed with counsel for Defendant Flatiron, who confirmed Flatiron does not oppose that extension.

Good cause for the extension exists because we do not wish to amend our complaint with incomplete information, just to require further amendment after we receive discovery responses from HasTraffic. Further, with all defendants consenting to the proposed extension, it is clear no party would be prejudiced. For those reasons, Plaintiffs file this

unopposed motion to extend the deadline for Plaintiffs to file an amended complaint by two weeks until **November 4, 2024**.

    Plaintiffs are appreciative of the Court's time and attention.

Sincerely,

JACOB U. GINSBURG

cc: counsel for all parties (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 127.

SO ORDERED.

October 16, 2024