UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JASON CARRODINE, *individually and on behalf of all* :
*others similarly situated*, et al. :
: 22-CV-9660 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
FLATIRON MEDIA LLC et al., :
:
Defendants. :
X
---------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

    The Court's Order of November 22, 2024, inadvertently set November 23, 2024, a Saturday, as the deadline for the parties to submit their joint status letter. *See* ECF No. 135. The correct deadline is **Wednesday, November 27, 2024**.

    SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                                 JESSE M. FURMAN
                                         United States District Judge