UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JASON CARRODINE, *individually and on behalf of all* :
*others similarly situated*, et al. :
: 22-CV-9660 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
FLATIRON MEDIA LLC et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* ECF No. 137, Defendants' earlier motion to dismiss filed at ECF No. 116 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **December 9, 2024**. Defendants' reply, if any, is due by **December 16, 2024**.

    The Clerk of Court is directed to terminate ECF No. 116.

    SO ORDERED.

Dated: November 26, 2024
       New York, New York

                                                  JESSE M. FURMAN
                                          United States District Judge