**KIMMEL & SILVERMAN**
P.C.

ROBERT M. SILVERMAN +-*
CRAIG THOR KIMMEL +-^

+ *Member, PA Bar*
* *Member, NJ Bar*
ˣ *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
= *Member, MO Bar*
# *Member, MD Bar*
• *Member, OH Bar*
□ *Member, NH Bar*
± *Member, CT Bar*
« *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
ᵉ *Member, CA Bar*
º *Member, WI Bar*
§ *Member, FL Bar*
ª *Member, AZ Bar*
» *Member, TX Bar*
ˢ *Member, MI Bar*
£ *Member, WV Bar*
& *Member, IL Bar*
˃ *Member, IN Bar*

JACQUELINE C. HERRITT +*#¥-o^•
ROBERT A. RAPKIN +
ANGELA K. TROCCOLI ^□±
JASON L. GRESHES +*-
CHAD P. DOMAN +ᵉ•
JACOB U. GINSBURG +*§
BLAKE K. WALSH «&˃˃
JENNIFER MENSINGER ˣ
TIFFANY POOLE ˣ
JOHANNY GRULLON *
YOLANNA R.M. CARTER »
JORDAN C. KINGSTON +=
ALICIA MARIE DAVIS +
LENNY BUSH, Of Counsel ᵉ

1-800-NOT-FAIR
www.creditlaw.com

CORPORATE HEADQUARTERS
30 E. Butler Avenue
Ambler, PA 19002
P (215) 540-8888
F (215) 540-8817

**WESTERN PA OFFICE**, 100 Ross Street, Suite 330, Pittsburgh, PA 15219 | P (412) 566-1001, F (215) 540-8817
**NEW JERSEY OFFICE**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003 | P (856) 429-8334, F (215) 540-8817
**DELAWARE OFFICE**, 2710 Centerville Road, Suite 101, Wilmington, DE 19808 | P (800) 536-6652, F (302) 428-0265
**NEW YORK OFFICE**, Two Park Avenue, 20th floor, New York, NY 10016 | P (212) 719-7543, F (877) 617-2515
**BUFFALO, NY OFFICE**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209 | P (716) 332-6112, F (800) 863-1689
**OHIO OFFICE**, 4031 Colonel Glenn Highway, Suite 450, Beavercreek, OH 45431 | P (937) 306-7220, F (215) 540-8817
**SAN FRANCISCO, CA OFFICE**, 1160 Battery Street East, Suite 100, #1099 San Francisco, CA 94111 | P (415) 947-7827, F (215) 540-8817
**SAN DIEGO, CA OFFICE**, 600 West Broadway Suite 700, PMB #344, San Diego, CA 92101 | P (619) 785-3003, F (215) 540-8817
**LOS ANGELES, CA OFFICE**, 611 Wilshire Boulevard, Suite 900 #241, Los Angeles, CA 90017 | P (213) 340-7770, F (215) 540-8817

**PLEASE REMIT ALL CORRESPONDENCE TO THE AMBLER OFFICE**

March 10, 2025

**Submitted via ECF**
Honorable Jesse Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

   Re: *Carrodine et al. v. Flatiron Media LLC et al.*, No. 1:22-cv-09660-JMF

Dear Judge Furman:

  Counsel for Plaintiffs, Jason Carrodine, Kimberly Hudson, and Eli Reisman (collectively "Plaintiffs") writes the Court to report the outcome of mediation and make an unopposed motion for a one week extension to respond to an outstanding motion.

  On March 4, 2025, the Parties conducted mediation with Judge David E. Jones (ret.) of Resolute Systems, LLC. At mediation, the Parties made progress but have not yet reach a settlement. The Parties are continuing to attempt to resolve the matter with Judge Jones' assistance. Currently, the deadline for Plaintiffs to respond to the HasTraffic Defendants' motion to dismiss is March 13, 2025. (Doc. No. 148.) Plaintiffs respectfully request a further extension of the deadline by one week for Plaintiffs to file their opposition to the HasTraffic Defendants' motion to dismiss from March 13, 2025 until **March 20, 2025**. Counsel for the HasTraffic Defendants has indicated HasTraffic consents to this request, rendering the motion unopposed.

//

    Counsel for Plaintiffs are appreciative of the Court's continued time, attention and flexibility on this matter. If the matter settles, we will promptly notify the Court.

                                          Respectfully submitted,

                                          JACOB U. GINSBURG

cc: all counsel of record

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 151.

            SO ORDERED.

            March 10, 2025