## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JASON CARRODINE, KIMBERLY HUDSON, & ELI REISMAN,** *individually and on behalf of all others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>**FLATIRON MEDIA LLC, SEA RANCH INTERNATIONAL LIMITED, SEA RANCH INTERNATIONAL PTE. LTD., & UNLIMITED TRAFFIC LIMITED**<br><br>Defendants. | Case No. 1:22-cv-09660-JMF |

## STIPULATION OF DISMISSAL

Plaintiffs, Jason Carrodine, Kimberly Hudson, & Eli Reisman, and Defendants Flatiron Media LLC, Sea Ranch International Limited, Sea Ranch International Pte. Ltd., & Unlimited Traffic Limited, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the individual claims of Plaintiffs Jason Carrodine, Kimberly Hudson, & Eli Reisman against all Defendants.

Dated: May 12, 2025

| | |
|---|---|
| */s/ Derek Newman, Esq.*<br>Derek Newman<br>Newman Du Wors LLP<br>11 Broadway, Suite 615<br>New York, NY 10004<br>212-377-0870<br>dn@newmanlaw.com | */s/ CRAIG T. KIMMEL, ESQ.*<br>CRAIG T. KIMMEL, Esq.<br>Jacob U. Ginsburg, Esq.<br>Kimmel & Silverman, P.C.<br>30 E. Butler Ave.<br>Ambler, PA 19002<br>267-468-7638 |

*Attorney for Defendants Sea Ranch International Limited, Sea Ranch International Pte. Ltd., and Unlimited Traffic Limited*

Alice Jean Cunningham, Esq.
Kenney Shelton Liptak LLP
233 Franklin Street
Buffalo, NY 14202
716-853-3801
AJCunningham@kslnlaw.com

*Attorney for Defendant FlatIron Media LLC*

teamkimmel@creditlaw.com
jginsburg@creditlaw.com

Christopher E. Roberts, Esq.
Butsch Roberts & Associates LLC
231 South Bemiston Avenue, Ste, 260
Clayton, MO 63105
314-863-5700
croberts@butschroberts.com

*Attorneys for Plaintiffs*

SO ORDERED.

May 13, 2025